# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| CAREY BURTNETT | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:11-cv-2383 |
| MONTGOMER LYNCH & ASSOCIATES | ) ) | Judge Gaughan |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Montgomery Lynch & Associates
3681 S. Green Road, Suite 100
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Daniel Scharville
Kahn & Associates, LLC
6200 Rockside Woods Blvd., Ste. 215
Independence, OH 44131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Geri M. Smith
*CLERK OF COURT*

Date:   11/07/2011

s/Bruce Chancellor
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:11-cv-2383

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Montgomery Lynch & Associates
was received by me on *(date)* 11/09/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail returned executed 11/10/2011; Service by Clerk.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/15/2011

s/ Katherine King
*Server's signature*

*Printed name and title*

801 W. Superior Ave., Cleveland, OH 44113
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Lynch & Associates
3681 S. Green Road
Suite 100
Beachwood, Ohio
44122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kathleen Till
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/09/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7007 0710 0005 3480 0680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court
Northern District of Ohio
Carl B. Stokes U.S. Courthouse
801 West Superior Ave.
Cleveland, Ohio 44113

1:11cv2383